UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ENRIQUE B.I., | No. 1:26-cv-03000-TLN-JDP |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, | |
| Respondent. | |

Petitioner Luis Enrique B.I.[1] ("Petitioner"), an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On April 23, 2026, this Court ordered Respondent to file an opposition to the habeas petition. (ECF No. 5.) On April 27, 2026, Respondent filed an answer. (ECF No. 8.)

In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Therefore, Petitioner's motion to appoint counsel is GRANTED. (ECF No. 3.) Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only his first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for Petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1).

Petitioner shall file a reply to the opposition within ten days of the electronic filing date of this Order.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's motion to appoint counsel (ECF No. 3) is GRANTED;

2.  Petitioner shall file a reply within ten days of the electronic filing date of this Order;

3.  Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, who shall update the docket to reflect counsel's appointment;

4.  The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention:  Habeas Appointment, along with a copy of the § 2241 petition; and

5.  The Clerk of the Court shall serve a copy of this order together with a copy of Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

IT IS SO ORDERED.

Date: April 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2